UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANTHONY MAURICE SUGGS, | : | VIOLATIONS: |
|   also known as "APPLEJACK," | : | |
| JULIAN JOHNSON, | : | 21 U.S.C. §§ 846 |
|   also known as "JUJU," | : | (Conspiracy to Distribute and Possess |
|   also known as "JU," | : | With Intent to Distribute One Kilogram |
| JAMES LAWRENCE PARKER, | : | or More of Phencyclidine); |
|   also known as "YOGI," | : | |
| ERNEST MILTON GLOVER, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iv) |
|   also known as "FISH," | : | (Unlawful Possession With Intent to |
| GLENDALE EARL LEE, | : | Distribute One Kilogram or More of |
|   also known as "GLEN," | : | Phencyclidine); |
| HELERY PRICE, | : | |
|   also known as "BROTHER," | : | 21 U.S.C. §853 |
| NGOZI JOY, | : | (Criminal Forfeiture) |
|   also known as "NIKKI," | : | |
|           Defendants. | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**COUNT ONE**

From on or about sometime in August 1, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 11, 2007, in the District of Columbia, the District of Maryland, the Northern District of Georgia, the Eastern District of Missouri, the Central District of California, and elsewhere, **ANTHONY MAURICE SUGGS, also known as "APPLEJACK," JULIAN JOHNSON, also known as "JUJU," also known as "JU," JAMES LAWRENCE PARKER, also known as "YOGI," ERNEST MILTON GLOVER, also known as "FISH," GLENDALE EARL LEE, also known as "GLEN," HELERY PRICE, also**

known as "BROTHER," NGOZI JOY, also known as "NIKKI," did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with LONNELL G. GLOVER, VELMA WILLIAMS, also known as MA, also known as "MOTHER," CORNELL ANTHONY GLOVER, also known as "TONY," COOLERIDGE BELL, also known as "COOLRIDGE BELL," also known as "CARLTON BELL, CHARLES GLADDEN, also known as "BOONE," HENRY BROWN, also known as "HB," LESLIE WOOD, also known as "DIAMOND," CHRISTIAN DONALDSON, DIANE HOLMES, JEROME HAMPTON, also known as "JAY," JOE BROWN, JR., also known as "PUMPKIN," RONALD COOK, LENA BROWN, JOHN FRANKLIN CRUM, co-conspirators not indicted herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of phencyclidine, a Schedule I controlled substance, and the quantity of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iv).

> (**Conspiracy to Possess With Intent to Distribute and to Distribute One Kilogram or More of Phencyclidine**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about March 27, 2007, within the District of Columbia, **ANTHONY MAURICE SUGGS, also known as "APPLEJACK," and NGOZI JOY, also known as "NIKKI**,", did unlawfully, knowingly and intentionally possess with intent distribute a mixture and substance containing a detectable amount of phencyclidine, a Schedule I controlled substance, and the amount of said mixture and substance was one kilogram or more.

> (**Unlawful Possession with Intent to Distribute One Kilogram or More of Phencyclidine and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv) and Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Indictment is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count One, the defendant(s) in this Indictment, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from proceeds obtained directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

(a) Money Judgment:

(i) a sum of money equal to the total amount of money, representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute one kilogram or more of heroin, one kilogram or more of phencyclidine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(a)(i) and (iv) for which the defendants are jointly and severally liable;

(b) Real Property:

(i) the real property described as xxxx xxxx Xxxxxx, X.X., Washington, D.C., further described as lot 38 in square 3815 in a subdivision made by Charles K. And Lida R. Thompson, as per plat recorded in Liber 108 at folio 28 in the Office of the Surveyor for the District of Columbia; and

(c) United States Currency:

i) $7,000.00 in U.S. currency, seized on March 27, 2007, in the search of the premises at 4000 10th Street, N.E., Washington, D.C.

By virtue of the commission of the felony offense charged in Count One of this Indictment, any and all interest that the defendant(s) have in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged conspiracy or used, or intended to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853 and 853(p).)

A TRUE BILL:


FOREPERSON.

Attorney for the United States in
and for the District of Columbia