# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA <br> v. <br> **ANTHONY MAURICE SUGGS** | DOCKET NO: <br> 07-152-07 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Ngozi Joy <br><br> FILED <br> JUN 19 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

*SEALED*

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAMS OR MORE OF PHENCYCLIDINE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;

CRIMINAL FORFEITURE ;

AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: <br> HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> U.S. MAGISTRATE FACCIOLA | SIGNATURE JUDGE/MAGISTRATE JUDGE: <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: <br> 6/12/07 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 6/12/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER <br> DAVID Baldwin | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-19-07 | | |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No |