**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY MAURICE SUGGS,** | : | |
|   **also known as "APPLEJACK,"** | : | |
| **JULIAN JOHNSON,** | : | |
|   **also known as "JUJU,"** | : | |
|   **also known as "JU,"** | : | **Criminal No.  07-152 (ESH)** |
| **JAMES LAWRENCE PARKER,** | : | |
|   **also known as "YOGI,"** | : | |
| **ERNEST MILTON GLOVER,** | : | |
|   **also known as "FISH,"** | : | |
| **GLENDALE EARL LEE,** | : | |
|   **also known as "GLEN,"** | : | |
| **HELERY PRICE,** | : | |
|   **also known as "BROTHER,"** | : | |
| **NGOZI JOY,** | : | |
|   **also known as "NIKKI,"** | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorneys William

O'Malley, Anthony Scarpelli, and John Han are now assigned to the above-captioned matter.  This

notice requests that the Clerk of the Court enter their appearance on behalf of the United States.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by:        _____/s/_____
           William J. O'Malley
           Assistant United States Attorney
           D.C. Bar No. 166-991
           4th Floor, OCNT Section
           555 Fourth St., NW
           Washington, D.C. 20530
           (202)305-1749
           bill.j.omalley@usdoj.gov


           _____/s/_____
           Anthony Scarpelli
           Assistant United States Attorney
           D.C. Bar No. 474-711
           4th Floor, OCNT Section
           555 Fourth St., NW
           Washington, D.C. 20530
           (202)353-1679
           anthony.scarpelli@usdoj.gov


           _____/s/_____
           John K. Han
           Assistant United States Attorney
           N.Y. Bar
           4th Floor, OCNT Section
           555 Fourth St., NW
           Washington, D.C. 20530
           (202)514-6519
           john.han@usdoj.gov