UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      :
                               :
v.                             :   Criminal No. 07-152 (ESH)
                               :
ANTHONY MAURICE SUGGS, *et al.*,  :
          Defendants.          :

# ORDER

Upon motion of the United States to exclude 180 [~~270~~] days from the computation of the Speedy Trial Act in the above-captioned matter, pursuant to 18 United States Code, section 3161(h)(8)(B)(ii), and without objection from the defendants, the Court having considered the entire record in this matter, the Court finds that given the body of evidence to be reviewed in preparing for trial in the above-captioned matter including as it does days of electronic surveillance resulting in over 1800 hours of interceptions, as well as the number of defendants charged in this matter, this litigation is more than sufficiently complex to support a finding that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is, this 27 day of June, 2007,

180

**ORDERED** that ~~270~~ 180 days be excluded from the computation of the Speedy Trial Act in the above-captioned matter. It is

~~**FURTHER ORDERED**~~ that the 270 days to ~~be excluded will begin to run upon the date~~ all ~~defendants charged in this matter are before the Court in this matter or upon further order of this Court, whichever comes sooner.~~

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Elmer Douglas Ellis
The Ellis Law Office
1100 H Street, N.W.
Suite 1100
Washington, D.C. 20005

**Julian Johnson**
Manuel Retureta
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
H. Heather Shaner
1702 S. Street, N.W.
Washington, D.C. 20009

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001

**Ngozi Joy**
Jensen Barber
400 7th Street, N.W., #400
Washington, D.C. 20004