UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 07-152 (ESH)** |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.,* | : | |
| **Defendants.** | : | |

### GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, respectfully moves this Court to enlarge the time within which the United States must provide discovery in the above-captioned matter to permit the government to provide discovery by the close of business on October 22, 2007. As grounds for its motion the United States cites the following points and authorities.

1.  At the last status hearing in this matter held before this Court on September 21, 2007, the United States made reference to a letter requesting discovery written by Mr. Gilbert on behalf of all the defendants in this matter. The government advised that with the exception of a very few requests in that letter which were governed by the Jencks Act, 18 United States Code, § 3500, or would result in the disclosure of the identity of witnesses, it was the government's intention to provide the requested materials. The Court advised all parties that it did not intend to Order discovery of the type to which the government objected and the Court directed that the United States provide the remaining materials by October 22, 2007.[1]

---

[1] To minimize any delay caused by this request the United States will undertake to provide the materials by next day delivery.

2.      The government has been collecting the materials and scanning those materials which are not already in electronic form so that all the requested materials may be provided to the defendant's counsel on one or two computer discs. This process has been delayed by the press of other business for the undersigned prosecutors and the FBI agents assigned to this matter. The scanning process has also been delayed by the unavailability of personnel and equipment in this office due to an upgrading of all computer related electronic equipment in the office which disabled some equipment and otherwise occupied personnel who would have performed the scanning. The equipment and personnel are now available and the government believes that it can provide the materials by the close of business, October 22, 2007, with a minimal disruption to the proceedings in this matter. We submit that the requested enlargement will only minimally effect the orderly disposition of this matter given that counsel for Mr. Suggs will be ascertained on October, 19, 2007.

**WHEREFORE** the United States respectfully requests that the Court enlarge the time within which the United States may provide discovery in the above-captioned matter to October 22, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time and proposed Order to be served by Electronic Case Filing upon counsel, for defendants as listed below; this 15th day of October, 2007.

 

                                                WILLIAM J. O'MALLEY, JR.
                                              Assistant United States Attorney
                                              D.C. Bar No. 166-991
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20001
                                              (202) 305-1749

| | |
|---|---|
| **Anthony Maurice Suggs**<br>Elmer Douglas Ellis<br>The Ellis Law Office<br>1100 H Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005 | **Glendale Earl Lee**<br>Frederick Jones<br>5901 Montrose Rd.,<br>Apt. 1009 North<br>Rockville, Maryland 20852 |
| **James Lawrence Parker**<br>James W. Rudasill, Jr.<br>601 Indiana Avenue, N.W. #500<br>Washington, D.C. 20004 | **Helery Price**<br>Richard K. Gilbert<br>601 Pennsylvania Avenue, N.W.<br>Suite 900, South Bldg.<br>Washington, D.C. 20001 |
| **Ernest Milton Glover**<br>H. Heather Shaner<br>1702 S. Street, N.W.<br>Washington, D.C. 20009 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 07-152 (ESH) |
| : | |
| ANTHONY MAURICE SUGGS, *et al.*, : | |
| Defendants. : | |

# ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, upon motion of the United States, and for good cause shown, it is, this _____ day of October, 2007,

**ORDERED** that the United States shall provide discovery in this matter by the close of business, October 22, 2007.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Elmer Douglas Ellis
The Ellis Law Office
1100 H Street, N.W.
Suite 1100
Washington, D.C. 20005

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
H. Heather Shaner
1702 S. Street, N.W.
Washington, D.C. 20009

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001