IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :
                            :
        v.                  :    Crim. No 07-152 (ESH)
                            :
ANTHONY M. SUGGS, et al     :

ORDER

Upon consideration of Defendants' Joint Motion To Enlarge Time For Filing Motions, (and the opposition of the United States), it is this 17th day of October, 2007, ORDERED

That the Motion is GRANTED and that Defendants' motions are due on November 12, 2007. It is FURTHER ORDERED that: ~~the schedule for responses and replies to such motions shall remain the same as set forth in the Court's Order of September 25, 2007~~ by the government will be due on November 21 and replies, if any, will be filed on November 30, 2007.

[~~government responses are now due on November 26, 2007 and Defendants' replies are due December 3, 2007.~~]

Ellen S. Huvelle
United States District Court Judge