UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 07-152 (ESH)** |
| : | |
| **ANTHONY MAURICE SUGGS,** *et al.*, : | |
| **Defendants.** : | |

## GOVERNMENT'S NOTICE OF FILING

    The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the filing of the attached letter to all defense counsel in the above-captioned matter regarding discovery in compliance with the Court's Orders of September 21, 2007 and October 16, 2007.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail upon counsel, for defendants as listed below; this 25th day of October, 2007.

                                                WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D. C. Bar No. 166-991
555 4th Street, N.W., Fourth Floor
Washington, D.C.  20001
(202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
H. Heather Shaner
1702 S. Street, N.W.
Washington, D.C. 20009



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 25, 2007

**Re: United States v. Suggs,** *et al.*
**Criminal Number 07-152 (ESH)**
**United States v. Glover,** *et al.*
**Criminal Number 07-153 (ESH)**

Dear Counsel:

      Those of you who are counsel in *Glover* may have heard from your counter-parts in *Suggs* that we are experiencing much difficulty in converting surveillance videos from the VHS analog form in which they were recorded to the digital form that will be necessary for presentation at trial and, given the number of separate video taped incidents involved (there are more than 75), the only practical form for providing discovery to the more than 20 defendants still active in these two matters. We realize that this creates an inconvenience for all and particularly for counsel in *Suggs*. In our recently provided discovery in *Suggs* we supplied discs containing digital recordings which we explained were not complete and were difficult to use. Our thought was that rather than provide nothing we would give counsel at least some of the material they seek. It is our plan to await the conversion before providing any of the video taped material to counsel in *Glover*.

      We are working diligently to accomplish the conversion to digital format and to copy the converted recordings to discs so that all counsel in both cases will have in a user friendly format all the tapes we believe are discoverable. (As we advised in our discovery submission of October 23, 2007 in *Suggs*, we do not intend to provide tapes which are *Jencks* or which disclose the

identity of cooperating individuals.)  In the meantime, if any counsel feels pressed and wishes to view any video tapes, we have VHS format tapes which we will make available to you in our offices.  A log of the video tapes is enclosed.  Simply call one of the undersigned Assistant United States Attorneys and we will make arrangements for you to view the tapes.  Obviously, since they have deadlines to meet, we will give preference to counsel in *Suggs*.

We realize that this represents some inconvenience in that you will not be able to review these materials in the quiet of your office nor will you be able to display them to your incarcerated clients.  We pledge you our best efforts to rectify this problem as soon as possible and offer you our sincere apologies for the inconvenience.

        Sincerely yours,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney

_____
        ANTHONY SCARPELLI
        Assistant United States Attorney

_____
       JOHN K. HAN
        Assistant United States Attorney

Enclosure as noted