UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.*, | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the filing of the attached letters of November 14, 2007 and November 15, 2007, to all defense counsel in the above-captioned matter regarding discovery in compliance with the Court's Orders of September 21, 2007 and October 16, 2007.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail upon counsel, for defendants as listed below; this 15th day of November, 2007.

 

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D. C. Bar No. 166-991
555 4th Street, N.W., Fourth Floor
Washington, D.C.  20001
(202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
H. Heather Shaner
1702 S. Street, N.W.
Washington, D.C. 20009

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 14, 2007

**Re: United States v. Suggs, *et al.***
**Criminal Number 07-152 (ESH)**

Dear Counsel:

      We are in receipt of your motion filed November 13, 2007 addressing certain discovery questions and we are preparing a complete response which we will timely file. However, it seems to us that certain questions raised by your motion should be addressed as quickly as possible and that is our intent in this letter.
      First. in your motion you reiterated your desire to examine the narcotics evidence in this matter and we want to make arrangements to permit you to do so. That said, we want to call your attention to two concerns. First, there is a significant amount of narcotics and narcotics related evidence, including the evidence that is currently at the FBI laboratories for trace and fingerprint analysis. The body of evidence available for your review is comparatively large and arranging for its viewing presents some logistical problems. Second, please be mindful that law enforcement views PCP and the associated fumes as toxic to anyone who comes in contact including you and your staff. This concern colors how we handle the evidence and our desire to reduce movement of evidence of this character to a minimum.
      Mindful of these concerns, we propose to make the drug evidence available for examination at the FBI's Washington Field Office on November 26th, 27th and 28th. We ask that you consult among yourselves to determine who among you wishes to examine all the evidence and try to pick a time (or day) when anyone who wishes to see all the evidence is available. If any or all of you wish to see only some portion of the evidence please make that determination. Once you have consulted and determined what you wish to examine, please contact Special Agent John Bevington at 202-278-2277. Agent Bevington will make arrangements for you to view the evidence.
      Second, we are enclosing with this letter two computer discs. One contains a digital version of activations 1 and 2 from the interceptions in Mr. Glover's truck. Those two interceptions were recorded on cassette tapes and thus not provided in our original submission. We have only recently completed their conversion to digital mode and provide them to you now. The second disc contains activation 648 from the interceptions in Mr. Glover's truck. One of the Glover counsel advised us that while the line sheet and summary were available for this activation, the recording of this

activation was not among the materials she received. We investigated and found that for some technical reason unknown to us, the "download" we provided did not include this interception and we reasonably believe that although no one else has yet discovered this, it is so in all the submissions we provided. Thus we provide the recorded conversation now.

We are also enclosing in this letter an additional CD labeled "Search Warrant Docs and Photos: Disk 4." This disc contains miscellaneous search warrant documents that were inadvertently omitted from the previous discovery productions or the PDF images of which were unreadable. These include:

1. 5705 Woodlawn Gable Drive
   Search Warrant and return

2. 905 Glen Willlow Drive
   FD-302 re: Lena Brown

3. 119 Joyceton Terrace
   Handwritten list of phone numbers

4. 3520 Commodore Joshua Barney Drive
   FD-302 re: Daniel Thompson
   Receipt for Property
   Diagram
   Photo Logs 1 and 2
   Consent to search form
   Search Warrant and return

5. 1440 V St.
   Search Warrant
   Receipt for Cash or Other Items

6. 3468 Andrews Court
   Search Warrant
   Receipt for Cash or Other Items

7. 2009 Marbury Dr.
   ATF Firearms Trace Summary

8. 3331 22nd St.
   Search Warrant, Affidavit

9. 3723 Grant Pl.
   FD-302 re: John Smith

  We are reviewing your motion with an eye to provide you with whatever discovery you wish and, between now and the time we file our response, we will almost certainly address some or all of your concerns in additional mailings. If you have any questions or we can be of further assistance, please do not hesitate to contact us.

        Sincerely yours,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

    BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney


        _____
        ANTHONY SCARPELLI
         Assistant United States Attorney


        _____
        JOHN K. HAN
        Assistant United States Attorney

Enclosures as noted



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 15, 2007

**Re: United States v. Suggs,** *et al.*
**Criminal Number 07-152 (ESH)**

Dear Counsel:

  We are in receipt of your motion filed November 13, 2007 addressing certain discovery questions and we write here to address those items in paragraph 7 of that motion, entitled "Wiretap Data." The disc referred to below has been provided to Mr. Gilbert. If additional copies are necessary, please contact us.

  In subparagraph (a) of that paragraph you advised us that the materials regarding the linesheets in our first submission to you of October 22, 2007, were not compatible with your computers and thus not accessible. You advised that the single file containing all the linesheets was too large and we agreed to break that file in to four separate files of about 10,000 KBs. Those four files can be found on the enclosed computer disc which disc is labeled "Linesheets Daily Reports."

  In subparagraph (b) you advised that the materials we provided on October 22nd regarding the daily reports were in a format your computers could not recognize. The enclosed disc also contains those same materials converted from the original format to Word format, the format you advised us you believe your computer will recognize. Similarly, in subparagraph (c) you advised that you needed additional materials regarding operating procedures and earlier this week we electronically transferred to you the "Minimization Memo" for each Title III in this case and converted them to PDF format to be compatible with your computers.

  With regard to transcripts as addressed in subparagraph (d), you noted that the partial submission of transcripts contained in the October 22nd materials were in WordPerfect format which is not compatible with your computers. Since our submission of transcripts at this point is pursuant to agreement between the defendants and the United States, we wonder if you would indulge us so that we can prepare most, if not all of the transcripts we plan to use at trial and submit them to you in one large transfer in Word format, rather than converting transcripts piecemeal to a compatible format. Finally, in subparagraph (e), reasoning from the pen register and cellsite materials you

received you concluded that those materials might reflect that mistakenly all the pen register and cellsite materials were not provided in our October 22nd submission. You asked that we inquire regarding whether all the pen register and cellsite materials were provided and why those materials were in several different formats. Our inquiry indicates that the materials are complete as provided and the multiple formats reflects that they were provided by the several different service providers for the telephones involved. If these varying formats present the same compatibility problems evidenced in other materials addressed in this letter, please let us know and we will work with you to resolve them.

As we said in our last letter, we are reviewing your motion with an eye to provide you with whatever discovery you wish and we expected that between now and the time we file our response, we would almost certainly address some or all of your concerns in additional mailings. We will continue to work to resolve discovery issues informally and ask again that if you have any questions or we can be of further assistance, please do not hesitate to contact us.

          Sincerely yours,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

BY: _____
          WILLIAM J. O'MALLEY, JR.
          Assistant United States Attorney

          _____
          ANTHONY SCARPELLI
          Assistant United States Attorney

          _____
          JOHN K. HAN
          Assistant United States Attorney