UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.,* | : | |
| **Defendants.** | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, respectfully moves this Court to enlarge the time within which the United States must respond to various motions of the defendants. As grounds for its motion the United States cites the following points and authorities.

1. On October 13, 2007 the defendants filed joint motions regarding the Rule 404(b) and Rule 609 evidence earlier noticed by the United States, to compel discovery in this matter, to sever defendants and charges, and defendant Suggs filed a motion to suppress evidence seized in a search of 4000 10th Street, N.E. On December 16, 2007, defendants filed a motion to suppress the fruits of the various court ordered electronic surveillance conducted in connection with this prosecution. The government's responses to these various motions are due today.

2. The government is currently at work on all these motions. We believe that on or before November 21, 2007 we can submit responses to defendant Suggs' motion to suppress and the defendants' motion to compel discovery. We also believe that on or before November 27, 2007 we can prepare and submit our responses to defendants' wiretap motion, Rule 404(b) and Rule 609 motion and defendants' motion to sever. We have discussed this proposed schedule with Mr. Gilbert

2

and he indicates that he has no objection to the enlargement of time necessary to accommodate this proposed schedule.

**WHEREFORE** the United States respectfully requests that the Court enlarge the time within which the United States may respond to defendants' various motions to permit the government to respond to defendant Suggs' motion to suppress and the defendants' motion to compel discovery on or before November 21, 2007 and to respond to defendants' wiretap motion, Rule 404(b) and Rule 609 motion and defendants' motion to sever on or before November 27, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


_____
JOHN K. HAN
Assistant United States Attorney

3

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time and proposed Order to be served by Electronic Case Filing upon counsel, for defendants as listed below;  this 19th day of November, 2007.

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749


**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| ANTHONY MAURICE SUGGS, *et al.,* | : | |
| Defendants. | : | |

# ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, upon motion of the United States, and with the consent of the defendants, it is, this _____ day of November, 2007,

**ORDERED** that the United States the United States may respond to defendant Suggs' motion to suppress and the defendants' motion to compel discovery on or before November 21, 2007 and to respond to defendants' wiretap motion, Rule 404(b) and Rule 609 motion and defendants' motion to sever on or before November 27, 2007.

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD  21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001