UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       :
                                :
v.                              :    Criminal No. 07-152 (ESH)
                                :
ANTHONY MAURICE SUGGS, *et al.*,:
              Defendants.       :

## ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, upon motion of the United States, and with the consent of the defendants, it is, this ____ day of November, 2007,

**ORDERED** that the United States the United States may respond to defendant Suggs' motion to suppress and the defendants' motion to compel discovery on or before November 21, 2007 and to respond to defendants' wiretap motion, Rule 404(b) and Rule 609 motion and defendants' motion to sever on or before November 27, 2007.

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

James Lawrence Parker
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770