UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.*, | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR ITS OPPOSITION TO DEFENDANTS' JOINT MOTION TO SUPPRESS WIRETAP EVIDENCE AND MOTION TO SEAL

The United States of America, by its attorney, the United States Attorney for the District of Columbia, has timely filed an expurgated copy of its opposition to defendants' Joint Motion to Suppress Wiretap Evidence. We have also delivered to the Court by electronic mail an unexpurgated copy of the same motion. We ask that for the reasons set forth below the Court enter a protective order directing that absent further order of this Court the defendants and their counsel be prohibited from publishing or otherwise making public the expurgated material in the government's opposition. Upon the entry of such an order we propose to serve an unexpurgated copy of the opposition upon all counsel in this matter.

The government's concerns in this matter center around paragraph 5 of its opposition and two related footnotes. That paragraph and one of those footnotes contains information relevant to this Court's assessment of the government's efforts to minimize the interceptions in this case. That information relates directly to an individual not charged in any indictment. Because that person has a continuing privacy interest, the government seeks a protective order to insure those interests. There will be no adverse effects upon defendants or their efforts to address any argument or point made

by the United States because, upon entry of the order and under the protection of the order, the government will make a full disclosure to defendants in this matter. Because the unredacted document effects the privacy interests of an uncharged party, the United States requests that the Courts protective order direct that the government's unexpurgated version be filed under seal. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

**WHEREFORE** we respectfully request that the Court enter an order directing that the defendants, their counsel and all agents of the defendants' counsel be prohibited from publishing or otherwise making public the expurgated material, that is, paragraph 5 and the associated footnotes, in the government's opposition to Joint Motion to Suppress Wiretap Evidence and that the government's unexpurgated opposition be filed under seal.

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Protective Order for Its Opposition to Defendants' Joint Motion to Suppress Wiretap Evidence and proposed Order to be served by mail upon counsel, for defendants as listed below;  this 29th day of November, 2007.

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D. C. Bar No. 166-991
555 4th Street, N.W., Fourth Floor
Washington, D.C.  20001
(202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Upon the government's Motion for Protective Order for Its Opposition to Defendants' Joint Motion to Suppress Wiretap Evidence and after a review of the government's unexpurgated opposition to Defendants' Joint Motion to Suppress Wiretap Evidence and the entire record in this matter, the Court finding that the expurgated material raises a legitimate question concerning the privacy interests of a party not charged in any Indictment in this matter and that this protective order will not adversely effect any interest of the defendants, it is this _____ day of November, 2007,

**ORDERED** that the material in paragraph 5 and the related footnotes of the government's unexpurgated opposition to Defendants' Joint Motion to Suppress Wiretap Evidence  may be utilized by defendants and their counsel solely in connection with the proceedings in this case and for no other purpose and in connection with no other proceedings. The materials and their contents shall at all times be stored in a secure manner and shall not be disclosed either directly or indirectly to any person or entity other than respondents, respondents' counsel, and such persons as are employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure.  Any notes or records of any kind that defense counsel or the respondents may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the respondents, defense counsel, and persons

employed to assist the defense, or such other person as to whom the Court may authorize disclosure except as provided by this Order. It is

**FURTHER ORDERED** that during the pendancy of this matter counsel for the respondent may not copy, reproduce, publish, display or otherwise disseminate the material without the express written authorization of this Court except for use by the respondents' counsel and such persons on their staff to assist in the defense, and such copies shall be treated in the same manner as the original material. Counsel for respondents may submit to the Court *in camera* requests to authorize copying, publication or dissemination of the material to persons not on their staff and the Court will determine whether to seek the government's views before ruling on the respondents' request. It is

**FURTHER ORDERED** that such persons as to whom defense counsel may publish, display or otherwise disseminate the material, either pursuant to this Order or with the written authorization of the Court, shall be provided a copy of this Order which they must endorse and date and return to defense counsel to be maintained by defense counsel until further order of this Court. It is

**FURTHER ORDERED** that the government file its unexpurgated opposition under seal and that the Clerk shall maintain that document under seal until further order of this Court. *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

 

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001