UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  :
                           :
v.                         :   Criminal No. 07-152 (ESH)
                           :
ANTHONY MAURICE SUGGS, *et al.*,  :
       Defendants.         :

### ORDER

Upon the government's Motion for Protective Order for Its Opposition to Defendants' Joint Motion to Suppress Wiretap Evidence and after a review of the government's unexpurgated opposition to Defendants' Joint Motion to Suppress Wiretap Evidence and the entire record in this matter, the Court finding that the expurgated material raises a legitimate question concerning the privacy interests of a party not charged in any Indictment in this matter and that this protective order will not adversely effect any interest of the defendants, it is this 3 day of December ~~November~~, 2007,

**ORDERED** that the material in paragraph 5 and the related footnotes of the government's unexpurgated opposition to Defendants' Joint Motion to Suppress Wiretap Evidence may be utilized by defendants and their counsel solely in connection with the proceedings in this case and for no other purpose and in connection with no other proceedings. The materials and their contents shall at all times be stored in a secure manner and shall not be disclosed either directly or indirectly to any person or entity other than respondents, respondents' counsel, and such persons as are employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel or the respondents may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the respondents, defense counsel, and persons



employed to assist the defense, or such other person as to whom the Court may authorize disclosure except as provided by this Order. It is

**FURTHER ORDERED** that during the pendancy of this matter counsel for the respondent may not copy, reproduce, publish, display or otherwise disseminate the material without the express written authorization of this Court except for use by the respondents' counsel and such persons on their staff to assist in the defense, and such copies shall be treated in the same manner as the original material. Counsel for respondents may submit to the Court *in camera* requests to authorize copying, publication or dissemination of the material to persons not on their staff and the Court will determine whether to seek the government's views before ruling on the respondents' request. It is

**FURTHER ORDERED** that such persons as to whom defense counsel may publish, display or otherwise disseminate the material, either pursuant to this Order or with the written authorization of the Court, shall be provided a copy of this Order which they must endorse and date and return to defense counsel to be maintained by defense counsel until further order of this Court. It is

**FURTHER ORDERED** that the government file its unexpurgated opposition under seal and that the Clerk shall maintain that document under seal until further order of this Court. *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

*Ellen S Huvelle*
_____
ELLEN SEGAL HUVELLE
United States District Judge