UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| ANTHONY MAURICE SUGGS, *et al.*, | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, respectfully moves this Court to enlarge the time within which the United States must provide discovery in the above-captioned matter to permit the government to provide discovery at the status hearing in this matter currently scheduled for December 20, 2007. As grounds for its motion, the United States cites the following points and authorities.

1. At the last status hearing in this matter held before this Court on December 7, 2007, the United States indicated that it would provide discovery of the video tapes and other material relating to the controlled buys in this matter on or before December 19, 2007.

2. The government has been collecting the materials and copying them so that all the designated materials may be provided to the defendant's counsel on one or two computer discs. That process is not yet completed. We propose to deliver those materials at the scheduled status hearing on December 20, 2007.

3. In addition, the Court ordered the government to provide all expert reports to defense counsel by December 19, 2007. The government has collected all relevant expert reports and is in the process of copying them to computer disks. The government proposes to deliver those material

at the scheduled status hearing on December 20, 2007.

**WHEREFORE** the United States respectfully requests that the Court enlarge the time within which the United States may provide discovery in the above-captioned matter to December 20, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time and proposed Order to be served by Electronic Case Filing upon counsel, for defendants as listed below;  this 17th day of December, 2007.

                                                      WILLIAM J. O'MALLEY, JR.
                                                     Assistant United States Attorney
                                                     D.C. Bar No. 166-991
                                                   555 Fourth Street, N.W.
                                                   Washington, D.C. 20001
                                                   (202) 305-1749
                                                   E-mail: BOMalley@usa.doj.gov

| | |
|---|---|
| **Anthony Maurice Suggs**<br>Patrick Donahue, Esquire<br>18 West Street<br>Annapolis, MD   21401 | **Glendale Earl Lee**<br>Frederick Jones<br>5901 Montrose Rd.,<br>Apt. 1009 North<br>Rockville, Maryland 20852 |
| **James Lawrence Parker**<br>James W. Rudasill, Jr.<br>601 Indiana Avenue, N.W. #500<br>Washington, D.C. 20004 | **Helery Price**<br>Richard K. Gilbert<br>601 Pennsylvania Avenue, N.W.<br>Suite 900, South Bldg.<br>Washington, D.C. 20001 |
| **Ernest Milton Glover**<br>Anthony Martin, Esquire<br>7841 Belle Point Drive<br>Greenbelt, Maryland, 20770 | |

Case 1:07-cr-00152-ESH   Document 96   Filed 12/17/2007   Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.       : | Criminal No. 07-152 (ESH) |
| : | |
| ANTHONY MAURICE SUGGS, *et al.,* : | |
| Defendants.   : | |

# ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, upon motion of the United States, and for good cause shown, it is, this _____ day of December, 2007,

**ORDERED** that the United States shall provide discovery in this matter at the status hearing in this matter scheduled for December 20, 2007.

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Frederick Jones
5901 Montrose Rd.,
Apt. 1009 North
Rockville, Maryland 20852

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001