UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| ANTHONY MAURICE SUGGS, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notices the filing of its Discovery Letter dated December 19, 2007, which includes the government's Expert Notice.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 19, 2007

    Re:    United States v. Suggs, et al., 07-152
            United States v. Glover, et al., 07-153

           Expert Notice
           Discovery Disk 12/19/07

Dear Counsel:

    I am writing to provide you with the following discovery and representations which are associated with the enclosed CDs labeled, "Discovery CD 12/19/07" and "Enhanced Audio Files."

I.    EXPERTS:    The government seeks to call the following "experts" at trial.

    A.    Drug Chemists

        1.    DEA Chemists

            a.    Connie Klinkam:  Her CV is on the CD.  Her DEA 7 reports have previously been produced to you in discovery.

            b.    Christopher Chang:  His CV is on the CD.  His DEA 7 reports have previously been produced to you in discovery.

            c.    The notes and other underlying material for their DEA 7 reports have been collected and are available for your review at our office.  Because of the large volume of this material, we have not yet had the opportunity to scan it and place them on disks.  We ask that you first review the material at our office and designate selected material for copying before you ask us to scan and produce the entire volume of this material.

        2.        Prince Georges County Chemist

                Norman E. Mausolf. His CV is forthcoming. His expert reports are included on the CD with the documents for the search warrant at 9001 Breezewood Terrace.

B.        Fingerprint Expert:

        1.        Monique Brillhart. Her CV and expert reports are on the CD. Her six expert reports are: 070308008 GK UB; 070720006 GK UB; 070913004 GK UB; 070920003 GK UB; 071024023 GK UB; and 071210004 GK UB.

        2.        Prince Georges County Fingerprint Expert: please note that we have recently requested that certain items recovered from the search warrant at 9001 Breezewood Terrace be submitted for fingerprint analysis. When we receive the reports, we will forward them to you.

C.        Trace Evidence Expert

                Pamela Reynolds: Her CV and expert report (070920003 GK PK) are on the CD.

D.        Audio Enhancement Expert

                Donald Ritenour, Jr.: His CV is forthcoming. His expert report (071011251 TV) is on the CD. He enhanced the following activations from the truck bug: 91, 151, 301, 441, 604, and 821.

                A CD with the enhanced audio files is enclosed; the CD is labeled, "Enhanced Audio Files."

E.        Narcotics Expert

                Det. Anthony Washington. His CV is on the CD. He will testify about: (1) the general characteristics of PCP, Heroin, Crack Cocaine, Cocaine Powder; and Marijuana (the "Drugs"); (2) the manufacturing and packaging of the Drugs; (3) the wholesale and retail pricing of the Drugs; (4) the habits and practices of the Drug users; (5) the habits and practices of the Drug distributors including, but not limited to, the use of "stash houses" and coded telephone conversations.

  F. Firearms Expert

    Joshua Green. His CV is on the CD. He will testify about (1) the identification of the firearms-related evidence; (2) that the firearms-related evidence are "firearms" or "ammunition" within the meaning of the criminal statutes (<u>e.g.</u>, 18 U.S.C. §§ 922 and 924); and (3) that the firearms-related evidence has been shipped or transported in interstate commerce.

 If you intend to call an expert witness in your defense case, please provide us with discovery pursuant to Federal Rule of Evidence 16.

II. TITLE III WITNESSES

 The government will call certain FBI Special Agents to present evidence of the Title III interceptions (wiretaps and truck bug). To the extent that they provide their opinions as to the meaning of certain conversations, they will be doing so as "lay witness" under Federal Rule of Evidence 701. <u>See</u> <u>United States v. Eiland</u>, 04-379, slip op., (D.D.C. October 2, 2006) (Pacer # 798) (Lamberth, J.).

III. SEARCH WARRANTS

  A. 9001 Breezewood Terrace, 6/11/07: the documents and photographs associated with this search warrant are contained on the CD.

  B. 4000 10th St., 3/27/07: the documents and photographs for this search warrant have previously been produced in discovery. However, one additional report is contained on the CD.

IV. STATEMENTS

 A report documenting the statement of Lena Brown is contained on the CD.

 If you have any questions about this production of discovery, please do not hesitate to contact me.

      Sincerely,

      _____
      John K. Han
      Assistant United States Attorney
      202-514-6519

*VIA HAND AT STATUS HEARING ON 12/20/07*

*United States v. Suggs, et al.,*
**Criminal No. 07-152 (ESH)**

**Anthony Maurice Suggs**
*Patrick Donahue, Esquire*
18 West Street
Annapolis, MD 21401
(410) 280-2023

**James Lawrence Parker**
*James W. Rudasill, Jr.*
601 Indiana Avenue, NW, #500
Washington, D.C. 20004
(202) 783-7908

**Ernest Milton Glover**
*Anthony Martin, Esquire*
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700

**Glendale Earl Lee**
*Frederick Jones* **(withdrawn–no new counsel appointed**)
23317 Brewers Tavern Way
Clarksburg, Maryland 20871
(301) 916-4399

**Helery Price**
*Richard K. Gilbert*
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001
(202) 898-0857

VIA US MAIL ON 12/20/07

*United States v. Glover, et al.,*
**Criminal No. 07-153 (ESH)**

**Lonnell G. Glover**
*Thomas Abbenante* **(withdrawn – no new counsel appointed)**
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
(202) 223-6539
(202) 452-0067/fax

**Velma Williams**
*Pleasant S. Brodnax*
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20006
(202) 462-1100
(703) 757-9211/fax

**John Smith**
*Cynthia Katkish*
601 Pennsylvania Avenue, N.W.
South Bldg., Suite 900, PMB 221
Washington, D.C. 20004
(202) 639-8132
(202) 639-2000/fax

**Herbert Francis Young**
*Dwight E. Crawley, Esquire*
2121 Eisenhower Avenue, Suite 200
Alexandria, VA 22314
(703) 519-7110
(202) 882-0024/fax

**Cornell Anthony Glover**
*Brian K. McDaniel*

1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

**Daniel Maurice Thompson**
*Howard Katzoff* (defendant deceased)
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004
(202) 783-6414
(202) 628-2881/fax

**James Taylor**
*Robert Jenkins, Esquire*
901 Pitt Street
Suite 320
Alexandria, Virginia 22314
(703) 549-7211
(703) 309-0899/fax

**Jerome Hampton**
*Nathan Silver, II*
P.O. Box 5757
Bethesda, MD 20814
(301) 229-0189
(301) 229-0189/fax

**Ronald Cook**
*Rudy Acree*
1211 Connecticut Avenue
Suite 303
Washington, D.C. 20036
(202) 331-1961
(202) 331-7004/fax

**Lena Brown**
*Teresa Grey Kleiman*

419 7th Street, N.W.
Suite 201
Washington, D.C. 20004
(202) 638-0016
(202) 638-2211/fax

**John Franklin Crum**
*Joanne Maria Vasco, Esquire*
4102 Madison Street
Hyattsville, Maryland, 20781-1754
(301) 864-6424
(301) 864-6424/fax

**Henry Brown**
*Stephen Brennwald*
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-5003/fax