UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 07-152 (ESH) |
| : | |
| ANTHONY MAURICE SUGGS, *et al.*, : | |
| Defendants. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notices the filing of its Discovery Letter dated January 22, 2008, which includes a summary of the expected testimony of the government's narcotics expert.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney


_____
ANTHONY SCARPELLI
Assistant United States Attorney


          /s/
_____
JOHN K. HAN
Assistant United States Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

January 22, 2008

Re:   United States v. Anthony Suggs, et al.
      07-152
      Narcotics Expert Notice

Dear Counsel:

    I am writing to provide you with a more detailed summary of the testimony that we expect from Det. A.O. Washington, who we will seek to qualify as an expert in narcotics.

1. Phencyclidine is also known as PCP, Angel Dust, Water, Love Boat, and Buck Naked.

2. PCP is a hallucinogenic drug. The effect on the user is unpredictable. The user could become paranoid, violent, calm, or even act normal.

3. Users typically smoke PCP. A "dipper" is a cigarette that is dipped in liquid PCP and then smoked. Dippers usually cost approximately $25. PCP can also be sprinkled on marijuana or other leafy substances (such as parsley) and rolled into "joints" and smoked.

4. PCP is not originally manufactured in Washington, D.C. In most cases, PCP is made in clandestine laboratories in the mid-west, the west coast, and Mexico. PCP is usually manufactured in remote rural areas, as opposed to urban areas, because the strong smell of PCP would alert neighbors and law enforcement.

5. PCP is then smuggled into D.C. and other cities.

6. In its original form, PCP is a granule substance, and looks like crushed-up mothballs. However, liquid chemicals are added to it so that it is in a liquid form.

7. People who buy PCP in wholesale amounts can acquire it in half-ounces, ounces, multiple ounces, and even gallons. Commercial juice bottles are commonly used

       because the fluid measurements are printed on the bottles or are commonly known. Vanilla extract bottles are also commonly used.

8. The wholesale price of ½ ounce is $250-300; ounce is $450-600; and gallon is $15,500-22,000. The exact price depends on a number of factors including the relationship between the buyer and the seller, and the amount of drugs available on the market.

9. Certain liquid chemicals are used to "stretch" PCP to get more saleable volume. These chemicals include acetone, lighter fluid, starter fluid, and ether.

10. PCP has a strong chemical odor.

11. Dealers who work with the PCP often wear face masks and gloves to protect themselves from the PCP. Some other items that a person would have who works with PCP include buckets (for mixing), funnels (for pouring), and empty glass vials (for transporting).

12. Small and medium glass vials are commonly used to distribute PCP. PCP will eventually eat through most plastic and metal containers. Also, glass is better at containing the strong chemical odor of PCP.

13. Some dealers have been known to urinate on marijuana or other leafy substances, and let it sit, to simulate the smell of PCP and attempt to sell the fake PCP.

14. People in the drug business often use code words on the telephone as a precaution against law enforcement wiretaps on their telephones.

15. People in the drug business often frequently switch telephone numbers or use multiple telephones as a precaution against law enforcement wiretaps on their phones.

If you have any questions about these topics, please do not hesitate to contact me.

                                                  Sincerely,

                                                  John K. Han
                                                  Assistant United States Attorney
                                                  202-514-6519