UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| **ANTHONY MAURICE SUGGS,** *et al.*, | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the filing of the attached letter to counsel regarding its submission of final versions of the transcripts of all conversations seized pursuant to 18 United States Code, § 2510, *et seq.*, which the government proposes to play in the February 11, 2008 trial in the above-captioned matter.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

  **I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail upon counsel, for defendants as listed below;  this 24th day of January, 2008.

                     _____
                     WILLIAM J. O'MALLEY, JR.
                     Assistant United States Attorney
                     D. C. Bar No. 166-991
                     555 4th Street, N.W., Fourth Floor
                     Washington, D.C.  20001
                     (202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Ron Earnest, Esquire
8121 Georgia Avenue
Suite 406
Silver Spring, Maryland 20910

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 24, 2008

**Re: United States v. Suggs, *et al.***
**Criminal Number 07-152 (ESH)**

Dear Counsel:

      Enclosed please find a two computer discs containing final transcripts of conversations we propose to present to the jury in the February 11, 2008 trial of this matter. The first disc contains final versions of the transcripts before redaction. The second disc contains final versions of the transcripts after redaction. The redacted versions are the versions we propose to play at trial. We will, of course, consider any objections you may have to the trial versions.

      Additionally, we have enclosed a copy of a motion for enlargement of time in order to complete the transcripts of video tapes and non-wiretap audio tapes we propose to play at trial. We had understood Judge Huvelle to say that our final transcripts were due February 1, 2008 but the Courts order reflects transcripts are due today. We are asking for additional time to complete those second group of transcripts and are hopeful we will have them to you sooner than February 1, 2008.

If you have any questions or we can be of further assistance, please do not hesitate to contact us.

                                                     Sincerely yours,

                                                     JEFFREY A. TAYLOR
                                                     UNITED STATES ATTORNEY

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

Enclosure as noted