UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-152 (ESH) |
| | : | |
| ANTHONY MAURICE SUGGS, *et al.*, | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, respectfully moves this Court to enlarge the time within which the United States must supply final transcripts of audio and video tapes it intends to play at the February 11, 2008. As grounds for its motion the United States cites the following points and authorities.

1.	At the January 15, 2008 status hearing in this matter the Court discussed the date by which the government would provide the defendants with final transcripts of audio and video tapes it intends to play at the February 11, 2008. It was the undersigned government counsels' understanding that those transcripts would be supplied to the defendants by February 1, 2008. After the hearing the Court issued an Order in which it directed that the transcripts be supplied by by January 24, 2008.

2.	In addition to this motion filed today, the government supplied to the defendants final versions of all transcripts of all Title III interceptions we plan to play at trial, whether overheard on the Suggs wire or the Glover truck bug. See government's January 24, 2008 Notice of Filing. In the letter to defense counsel which accompanied the disclosure we advised counsel of our difficulties and our intention to provide the remainder of the transcripts on or before February 1, 2008.

3.  We spoke to all counsel for defendants and they indicated they had no objection to this motion provided that any period for objecting to the final transcripts of audio and video tapes be extended by one week.

**WHEREFORE** the United States respectfully requests that the Court enlarge the time within which the United States must supply defense counsel with final transcripts of audio and video tapes it intends to play at the February 11, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Enlargement of Time and proposed Order to be served by Electronic Case Filing upon counsel, for defendants as listed below; this 24th day of January, 2008.

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Ron Earnest, Esquire
8121 Georgia Avenue
Suite 406
Silver Spring, Maryland 20910

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-152 (ESH) |
| | : |
| ANTHONY MAURICE SUGGS, *et al.,* | : |
| Defendants. | : |

# ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, upon motion of the United States, and for good cause shown, it is, this _____ day of January, 2008,

**ORDERED** that on or before February 1, 2008 the United States shall supply defense counsel with final transcripts of audio and video tapes it intends to play at the February 11, 2008 trial of this matter. Defendants shall have until February 8, 2008 to object to the final transcripts of audio and video tapes.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

William J. O'Malley, Jr.
Anthony Scarpelli
John K. Han
Assistant United States Attorneys

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD  21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Ron Earnest, Esquire
8121 Georgia Avenue
Suite 406
Silver Spring, Maryland 20910

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001