UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-152 (ESH) |
| | : |
| ANTHONY MAURICE SUGGS, *et al.*, | : |
| Defendants. | : |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the filing of the attached letter to counsel regarding its submission of the attached, a.) letter regarding certain proposed stipulations, b.) a proposed stipulation regarding the chemical analysis of drug evidence, and c.) a proposed stipulation regarding Rule 404(b) evidence. Further we hereby notice the Court and parties that the total elapsed time involved in the final versions of the transcripts of all Title III conversations which the government proposes to play in the February 11, 2008 trial in the above-captioned matter is 3 hours, 16 minutes and 42 seconds.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

  **I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Filing to be served by mail upon counsel, for defendants as listed below; this 29th day of January, 2008.

                _____
                WILLIAM J. O'MALLEY, JR.
                Assistant United States Attorney
                D. C. Bar No. 166-991
                555 4th Street, N.W., Fourth Floor
                Washington, D.C.  20001
                (202) 305-1749

**Anthony Maurice Suggs**
Patrick Donahue, Esquire
18 West Street
Annapolis, MD   21401

**James Lawrence Parker**
James W. Rudasill, Jr.
601 Indiana Avenue, N.W. #500
Washington, D.C. 20004

**Ernest Milton Glover**
Anthony Martin, Esquire
7841 Belle Point Drive
Greenbelt, Maryland, 20770

**Glendale Earl Lee**
Ron Earnest, Esquire
8121 Georgia Avenue
Suite 406
Silver Spring, Maryland 20910

**Helery Price**
Richard K. Gilbert
601 Pennsylvania Avenue, N.W.
Suite 900, South Bldg.
Washington, D.C. 20001



        U.S. Department of Justice

        Jeffrey A. Taylor
        United States Attorney

        *District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 28, 2008

| | |
|---|---|
| Patrick Donahue, Esquire<br>18 West Street<br>Annapolis, MD 21401<br>*Attorney for Anthony Suggs* | Richard K. Gilbert, Esquire<br>601 Pennsylvania Avenue, N.W.<br>Suite 900, South Bldg.<br>Washington, D.C. 20001<br>*Attorney for Helery Price* |
| James W. Rudasill, Jr., Esquire<br>601 Indiana Avenue, N.W. #500<br>Washington, D.C. 20004<br>*Attorney for James Lawrence Parker* | Anthony Martin, Esquire<br>7841 Belle Point Drive<br>Greenbelt, Maryland, 20770<br>*Attorney for Ernest Milton Glover* |
| Ron Earnest, Esquire<br>8121 Georgia Avenue, Suite 406<br>Silver Spring, Maryland 20910<br>*Attorney for Glendale Earl Lee* | |

        **Re: United States v. Anthony Suggs, et al.**
             **Criminal Number 07-152 (ESH)**

Dear Counsel:

     The above-captioned matter is scheduled for trial on February 11, 2008. We are proposing three stipulations.

     1. We propose a stipulation as to the DEA chemist's examinations and analyses. We will prepare this stipulation and provide it for your for review.

     2. We propose a stipulation to the chain of custody of the items the government intends to introduce at trial. We will forward you this proposed stipulation once we have finalized our exhibit list.

3.  We propose a stipulation to the fingerprint cards used to examine the fingerprints in this case.  The fingerprint cards that FBI Fingerprint Analyst Monique Brillhart used were provided to her from the FBI Criminal Justice Information System ("CJIS").  CJIS keeps on file fingerprints from most arrestees.  The CJIS fingerprint cards are available for your inspection.  With regard to this stipulation, we would like your position by COB on Thursday, January 30, 2008.  In event that you will not stipulate, we will file a motion with the Court to obtain fingerprints from the defendants in the presence of a single witness, perhaps Ms. Brillhart if it can be so arranged.

If you have any questions, feel free to contact Anthony Scarpelli at (202) 353-1679, or John Han at (202) 514-6519.

                              Sincerely,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY


                              _____
                              ANTHONY SCARPELLI
                              Assistant United States Attorney


                              _____
                              JOHN K. HAN
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Criminal Case No. 07-152 (ESH) |
| | : | |
| ANTHONY SUGGS, | : | |
| JAMES PARKER, | : | |
| ERNEST GLOVER, | : | |
| GLENDALE LEE, | : | |
| HELERY PRICE, | : | |
| Defendants. | : | |

**STIPULATION NUMBER ONE**

The parties in this case, the United States of America and the defendants, Anthony Suggs, James Parker, Ernest Glover, Glendale Lee, and Helery Price, through their counsel, hereby agree and stipulate as follows:

Connie Klinkam is a forensic chemist employed by the Drug Enforcement Administration. She is qualified by education, training, and experience to render an expert opinion concerning the identity of the substances seized in this case and identified in this stipulation. The parties also stipulate and agree that if she was called to testify in this trial, she would state under oath as follows:

The government exhibits listed below are plastic heat-sealed Drug Enforcement Administration evidence bags. They have been assigned the DEA identification numbers indicated below, and were received by the DEA Mid-Atlantic Laboratory. When received, the exhibits were secured by unbroken heat-seals and evidence stickers, and showed no signs of tampering. The exhibits contained packages which, in turn, contained an amount of a substance to be chemically analyzed to determine its nature and volume. After receiving the exhibits, Ms. Klinkam, the DEA forensic chemist assigned to analyze the contents of the exhibits, examined them and found that the heat-sealed envelopes were intact and that the exhibits showed no signs of tampering. Ms. Klinkam

opened the exhibits by cutting off the bottom and removing the contents. She then separated the substances in the exhibits from the original packaging. The original packaging of the exhibits was sent to the FBI for fingerprint analysis. She performed a chemical analysis on the substances found inside the exhibits. The results of the chemical analysis for the substances are listed below. Ms. Klinkam identified the controlled substances to a scientific certainty. After completing the analysis, Ms. Klinkam placed the substances into smaller bags that the DEA provided. Ms. Klinkam placed those new bags inside the original exhibits. The exhibits were heat-sealed across the bottom to make them secure. Also placed over the bottom of the heat-seal was a DEA evidence sticker filled out by Ms. Klinkam. The officially sealed containers were returned to the evidence vault and maintained in proper storage. The government exhibits analyzed by Ms. Klinkam are the following:

**I.  August 23, 2006 Phencyclidine controlled buy (Anthony Suggs)**

| Government Exhibit Number | DEA Exhibit Number /Lab Number | Results of Analysis |
|---|---|---|
| 700.2A, B, and C | 1B185/W15665 | 52.7 ml (48.8 grams) of a mixture and substance of Phencyclidine |

**II.  January 20, 2007 Phencyclidine controlled buy (Anthony Suggs)**

| Government Exhibit Number | DEA Exhibit Number /Lab Number | Results of Analysis |
|---|---|---|
| 800.A, B, C, and D | 4/W16084 | 27.8 ml (24.0 grams) of a mixture and substance of Phencyclidine |

**III. January 4, 2007 Phencyclidine controlled buy (James Parker)**

| Government Exhibit Number | DEA Exhibit Number W/Lab Number | Results of Analysis |
|---|---|---|
| 1000.2A, B, C | 3/W16083 | 28.3 ml (24.7 grams) of a mixture and substance of Phencyclidine |

**IV. March 27, 2007 items seized from 4000 10th Street, N.E., Washington, D.C.**
  i

| Government Exhibit Number | DEA Exhibit Number W/Lab Number | Results of Analysis |
|---|---|---|
| **XX??** | 5/W16400 | **275.3 ml (243.7 grams) of a mixture and substance of Phencyclidine** |

**V. June 19, 2007 items seized from 47 Randolph Place, N.W., Washington, D.C.**

| Government Exhibit Number | DEA Exhibit Number W/Lab Number | Results of Analysis |
|---|---|---|
| **XX??** | 34/W166991 | 27.2 ml (22.2 grams) of a mixture and substance of Phencyclidine |
| **XX??** | 35/W166992 | 6.0 ml (5.3 grams) of a mixture and substance of Phencyclidine |
| **XX??** | 76/W16686 | 6.0 ml (6.2 grams) of a mixture and substance of Phencyclidine |

**V. June 19, 2007 items seized from 4908 Brentley Road, Temple Hill, MD**

| Government Exhibit Number | DEA Exhibit Number W/Lab Number | Results of Analysis |
|---|---|---|
| **XX??** | 66/W16681 | 61.8 ml (49.2 grams) of a mixture and substance of Phencyclidine |
| **XX??** | 67/W16682 | 58.8 ml (47.4 grams) of a mixture and substance of Phencyclidine |
| **XX??** | 68/W16683 | 55.3 ml (44.5 grams) of a mixture and substance of Phencyclidine |
| **XX??** | 69/W16684 | 49.2 ml (39.1 grams) of a mixture and substance of `Phencyclidine` |

Respectfully submitted,

_____    _____
Patrick Donahue, Esquire                    Anthony Scarpelli
Attorney for Anthony Suggs                  Assistant United States Attorney


_____    _____
James Rudasill, Esquire                     John Han
Attorney for James Parker                   Assistant United States Attorney


_____
Anthony Martin, Esquire
Attorney for Ernest Glover


_____
Ron Ernest, Esquire
Attorney for Glendale Lee


_____

Richard Gilbert, Esquire
Attorney for Helery Price

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-152 (ESH) |
| v. : | |
| : | |
| ANTHONY SUGGS, : | |
| JAMES PARKER, : | |
| ERNEST GLOVER, : | |
| GLENDALE LEE, : | |
| HELERY PRICE, : | |
| Defendants. : | |

**STIPULATION NUMBER TWO**

The parties in this case, the United States and Anthony Suggs, James Parker, Ernest Glover, Glendale Lee, and Helery Price, through their counsel, hereby agree and stipulate as follows:

**I. Anthony Suggs, Criminal Case No. 98-402**

On April 29, 1998, a confidential source under the supervision of law enforcement, met Mr. Suggs in the Northwest quadrant of the city, and Mr. Suggs agreed to sell the confidential source 31 grams of cocaine base (crack cocaine). Shortly thereafter, Mr. Suggs returned with 31 grams of cocaine and the confidential source bought the cocaine base (crack cocaine) from Mr. Suggs. During the transaction, Mr. Suggs offered to sell the confidential source and additional 62 grams of cocaine base (crack cocaine), but the confidential source declined because he did not have the additional funds.

Based on the facts of April 7, 1999, Mr. Suggs pled guilty in the United States District Court for the District of Columbia in Criminal Case No. 98-402, to unlawful distribution of 5 grams or more

of cocaine base, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B)(iii).

## II. Ernest Glover, Criminal Case No. 96-126

On April 25, 1994, a cooperating witness ("CW") and undercover law enforcement officer ("UC"), went to Mr. Glover's residence at 47 Randolph Place, N.E., and purchased 8 ounces (196 grams) of PCP from Mr. Glover for $1,350.

On May 9, 1994, a UC went to Mr. Glover's residence at 47 Randolph Place, N.E., and purchased 181.5 grams of PCP from Mr. Glover for $1,100.

On November 17, 1994, the same UC drove to the corner of Randolph Place and North Capitol Street, N.E., met Mr. Glover, who sold the UC 101.2 grams of PCP for $600.

On January 18, 1995, a UC met with Mr. Glover at the corner of Randolph Place, N.E., and North Capital Street, N.E.  Mr. Glover agreed to sell the UC a quantity of PCP.  Mr. Glover walked back to his residence at 47 Randolph Place, entered the residence, and then exited the residence and walked back to the UC.  Mr. Glover gave the UC 408.3 grams of PCP for $1,500.

On February 23, 1995, the same UC met with Mr. Glover at First and R Streets, N.W.  Mr. Glover entered the UC's vehicle, and then sold the UC 323.7 grams of PCP for $1,750.

On February 13, 1996, a CW entered Mr. Glover's residence at 47 Randolph Place, N.E., where Glover sold the UC 345.6 grams of PCP for $2,200.

On April 29, 1996, Mr. Glover was arrested inside 47 Randolph Place, N.E., and a search warrant was executed at that residence.  The search revealed, among other items, one 46 ounce bottle with a trace amount of PCP in the kitchen, and 6 glass bottles with trace amounts of PCP in the backyard by the trash cans.

Based on these facts, Mr. Glover pled guilty in the United States District Court for the District

of Columbia in Criminal No. Case 96-51 pled guilty to 3 counts of unlawful distribution of

Phencyclidine within 1,000 Feet of a School, in violation of 21 U.S.C. Section 860(a).

### III.  Glendale Lee, Criminal Case No. 1993 FEL 5294 and 1988 FEL 15450

On May 25, 1993, a concerned citizen called the Metropolitan Police Department ("MPD") to report that an individual, later identified as Mr. Lee, was selling drugs in the 3400 Block of 11th Street, N.W.  MPD officers stopped Mr. Lee next to his vehicle in the 3400 Block of 11th Street.  Mr. Lee consented to a search of his vehicle.  MPD officers found 8 plastic bags that each contained a green weed substance and PCP.

Based on the facts of May 25, 1993, Mr. Lee pled guilty in the District of Columbia Court in Criminal No. 1993 FEL 5294 to the lesser included offense of possession of Phencyclidine, in violation of 33 D.C. Code Section 541.

On December 30, 1988, a UC law enforcement officer approached Mr. Lee at 14th Street and Perry Place, N.W.  The UC asked Mr. Lee for "boat," a common term for marijuana laced with PCP.  Mr. Lee handed the UC officer two tin foil packets containing a green weed and PCP for $20.

Based on the facts of December 30, 1988, Mr. Lee pled guilty in the District of Columbia Court in Criminal No. 1988 FEL 15450 to attempted unlawful distribution of Phencyclidine, in violation of 33 D.C. Code Section 541.

### IV.  Helery Price, Criminal Case No. 2005 FEL 589, 93-237, 1988 FEL 1535

On January 30, 2005, MPD officers conducted a traffic stop on a vehicle driven by Mr. Price, with co-defendant Alvin Bell in the passenger seat.  MPD officers observed Mr. Bell drop 3 ziplock bags containing heroin.  Mr. Bell was placed under arrest and escorted to a police cruiser.  Mr. Bell

3

spontaneously told officers "he [Mr. Price] sold it to me, the dope was already in the car, there should be $25 in the cupholder in the center console, which is what I paid for it." Inside the center console was $361.

Based on the facts of January 30, 2005, the United States Attorney dismissed the charges against the Mr. Price on March 7, 2005.

On May 26, 1993, law enforcement officers executed a search warrant at 1102 Third Street, S.W. Inside the apartment's upstairs bedroom was Mr. Price. Mr. Price, had white powder on him, and was observed in a white cloud of white powder in the air around him. There was an open bottle of quinine and mannitol inside the room (common cutting agents for heroin), and other items used for distributing heroin. Law enforcement was able to recover some of the white powder which weighed approximately 11.3 grams and was heroin.

Based on the facts of May 26, 1993, Mr. Price pled guilty in the District of Columbia Court in Criminal No. 93-237 to unlawful possession with intent to distribute heroin, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C).

On February 16, 1988, MPD officers observed Mr. Price inside 737 7th Street, S.W. As officers approached Mr. Price placed a brown paper bag inside a trash can. The bag was recovered, and inside the bag was 13 vials containing cocaine base (crack cocaine).

Based on the facts of February 16, 1988, Mr. Price was found guilty by a jury in the District of Columbia in Criminal Case No. 1988 FEL 1535, Mr. Price was found guilty by a jury of unlawful possession with intent to distribute cocaine.

Respectfully submitted,

_____                    _____
Patrick Donahue, Esquire                                              Anthony Scarpelli
Attorney for Anthony Suggs                                        Assistant United States Attorney

| | |
|---|---|
| _____ | _____ |
| James Rudasill, Esquire | John Han |
| Attorney for James Parker | Assistant United States Attorney |

_____
Anthony Martin, Esquire
Attorney for Ernest Glover

_____
Ron Ernest, Esquire
Attorney for Glendale Lee

_____
Richard Gilbert, Esquire
Attorney for Helery Price