UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )  Criminal No. 07-00152 (ESH)<br>)<br>ANTHONY MAURICE SUGGS, *et al.*, )<br>)<br>Defendants. )<br>) | **FILED**<br>FEB . 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>

Based on the status conference conducted this date, and for the reasons stated in open court, the Court hereby issues the following orders:

1. The government's motion to admit other crimes evidence pursuant to Rule 404(b) evidence [Dkt. 52] is granted as to defendants Suggs and Glover and denied as to defendants Price and Lee. Counsel shall consult regarding a stipulation for defendant Glover's 404(b) evidence, and the government shall obtain the plea transcript for Suggs's 404(b) evidence.

2. Defendants' joint motion for extension of time to file objections to the government's proposed evidence [Dkt. 142] is granted in part. All objections to the government's exhibit list, transcriptions, or witness list must be filed by the close of business on Friday, February 8, 2008.

3. The government's motion in limine [Dkt. 144] is granted insofar as the government may offer as evidence of the conspiracy any otherwise admissible evidence discovered during the execution of the search warrant at the residence of defendant Parker, 9001 Breezewood Terrace # 103, Prince Georges County, Maryland, including any evidence discovered in the bedroom associated with Mark Rinfrow. The government may also present any otherwise admissible evidence seized during the execution of the search warrant at the residence of defendant Glover at 47 Randolph Place N.W. The government will not introduce any evidence relating to the controlled sale of cocaine by defendant Suggs unless defense counsel opens the door through cross-examination.

4. Two days prior to the testimony of a searching agent, the government shall provide to the relevant defense counsel for his review the physical evidence that

was seized, any photos, and any documents that the government will seek to introduce in its case-in-chief regarding the seizure.

5. The government shall have one hour and thirty minutes for its opening; defense counsel shall have thirty minutes each. There will be four alternate jurors. Defendants have thirteen peremptory challenges and the government has eight.

6. The next status conference will be set for Tuesday, February 12, 2008, at 9:45 a.m., at which time the Court will consider any objections to the government's witness list, exhibits, and transcriptions.

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  February 6, 2008