IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-152-01 (ESH) |
| v. ) | |
| ANTHONY MARCUS SUGGS, et al., ) | |
| Defendants. ) | |

## NOTICE OF FILING

Defendant Anthony M. Suggs, through undersigned counsel, on behalf of all the defendants remaining in this case, files this notice that Defendants' have filed a Joint Motion to File a Motion Under Seal.

Respectfully submitted,

THE DONAHUE LAW FIRM

By: _____
Patrick M. Donahue, Esquire
D.C. Bar No. 358184
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Anthony M. Suggs

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of February, 2008, that this Notice of Filing was served on all parties by the electronic filing system of the United States District Court for the District of Columbia.

                                                Patrick M. Donahue

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023