IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-152-01 (ESH) |
| v. ) | |
| ) | |
| ANTHONY MARCUS SUGGS, et al., ) | |
| Defendants. ) | |

### ANTHONY SUGGS' REQUESTED JURY INSTRUCTION #1

THE DEFENDANT'S THEORY OF THE CASE

It is the defense of Anthony Suggs that at no time did he become a member of the conspiracy charged in the Indictment. Specifically, Mr. Suggs denies that he was aware of the existence of this conspiracy, denies that he knowingly and willfully joined and participated in the conspiracy, and he denies he shared a common goal with the indicted and un-indicted co-conspirators. In order to convict Mr. Suggs, you must conclude that he was aware of the existence of the conspiracy, that he knowingly and willfully joined and participated in the conspiracy, and that he shared a common goal with his co-conspirators; otherwise, you must find him not guilty.

See Red Book Instruction #5.01; Belton v. United States, 127 U.S. App. D.C., 206, 382 F.2d 150,155 (1967) quoting from Stevenson v. United States, 162 U.S. 313, 315, 323 (1896); see also United States v. Tarantino, 846 F.2d 1384, 1393, 1395, 1400-1401 (D.C. Cir. 1988); United States v. Antone White, 116 F.3d 903, 926-927 (D.C. Cir. 1997); United States v. Humberto Gaviria, 116 F.3d 1498, 1516 (D.C. Cir. 1997).

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

Respectfully submitted,

**THE DONAHUE LAW FIRM**

By: _____**/ s /**_____
Patrick M. Donahue, Esquire
D.C. Bar No. 358184
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Anthony M. Suggs

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-152-01 (ESH) |
| v. ) | |
| ) | |
| ANTHONY MARCUS SUGGS, et al., ) | |
| ) | |
| Defendants. ) | |

### ANTHONY SUGGS' REQUESTED JURY INSTRUCTION #2

CONSPIRACY – MEMBERSHIP IN AN AGREEMENT

Before the jury may find that a defendant became a member of the conspiracy charged in Count I of the indictment, the evidence in the case must show beyond a reasonable doubt that the defendant knew the purpose or goal of the agreement or understanding and deliberately entered into the agreement intending, in some way, to accomplish the goal or purpose by this common plan or joint action.

Merely associating with others and discussing common goals, mere similarity of conduct between or among such persons, merely being present at the place where a crime takes place or is discussed, or even knowing about criminal conduct does not, of itself, make someone a member of the conspiracy or a conspirator.

Federal Jury Practice and Instruction, Devit, Blackmar, & O'Malley, Instruction No. 28.05 (4th ed. 1990); see also United States v. Tarantino, 846 F.2d 1384, 1393, 1395, 1400-1401 (D.C. Cir. 1988); United States v. Antone White, 116 F.3d 903, 926-927 (D.C. Cir. 1997); United States v. Humberto Gaviria, 116 F.3d 1498, 1516 (D.C. Cir. 1997).

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023

Respectfully submitted,

**THE DONAHUE LAW FIRM**

By: _____/ s /_____
Patrick M. Donahue, Esquire
D.C. Bar No. 358184
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Anthony M. Suggs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-152-01 (ESH) |
| v. ) | |
| ANTHONY MARCUS SUGGS, et al., ) | |
| Defendants. ) | |

## ANTHONY SUGGS' REQUESTED JURY INSTRUCTION #3

BUYER/SELLER TRANSACTIONS

A simple buyer/seller relationship, even though it involves the purchase and sale of illegal drugs, does not alone make out a conspiracy. One does not become a conspirator merely by buying a conspiracy's product on occasion. See United States v. Antone White, 116 F.3d 903, 927-928 (D.C. Cir. 1997).

Respectfully submitted,

**THE DONAHUE LAW FIRM**

By:      / s /
Patrick M. Donahue, Esquire
D.C. Bar No. 358184
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023

Attorney for Defendant, Anthony M. Suggs

The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(410) 280-2023